# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

THOMAS JEFFERSON,

        Plaintiff,

v.

CITY OF CHICAGO, et al.

        Defendants.

No. 18 CV 05124

Hon. Judge Rowland

## Motion for Leave to Withdraw as Attorney for Defendant Kallatt Mohammed

Attorney Naphtalia Clara Lafontant respectfully moves to withdraw her appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned has filed an appearance on behalf of Defendant Kallatt Mohammed.

2. The undersigned will no longer be working for Ravitz & Palles, P.C. as of January 1, 2020.

3. Additional attorneys currently represent Defendant Kallatt Mohammed and will continue to diligently and ably represent the Defendant going forward in this matter. My motion to withdraw will not prejudice the representation of the Defendant or cause any undue delay in this proceeding.

4. For the reasons discussed above, I respectfully request the Court grant my motion to withdraw as attorney and terminate my appearance for the Defendant.

Respectfully submitted,
*/s/Naphtalia Clara Lafontant*
Ravitz & Palles, P.C.
203 N. La Salle, Ste.2100
Chicago, Illinois 60601
(312) 558-1689
nlafontant@ravitzpalles.com

**<u>Certificate of Service</u>**

I, the undersigned attorney, certify that I filed the foregoing motion using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel. I further certify that a courtesy copy of the filed document may have been provided to the Court depending upon the Court's standing order.

<u>/s/Naphtalia Clara Lafontant</u>